AO 450 (Rev. 11/11)  Judgment in a Civil Action

<div align="center">

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

</div>

<div align="right" style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 27, 2026**

SEAN F. McAVOY, CLERK
</div>

|  |  |
|---|---|
| CALVIN S.,<br><br>*Plaintiff*<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   2:25-CV-00458-MKD |

<div align="center">

**JUDGMENT IN A CIVIL ACTION**

</div>

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:    Stipulated Motion for Remand (ECF No. 16) is GRANTED.
Plaintiff's Brief (ECF No. 12) is DENIED as moot.
The decision of the Commissioner of Social Security is REVERSED and REMANDED for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered in favor of PLAINTIFF.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    MARY K. DIMKE

Date:    4/27/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*